FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FORT MYERS_____ Division

TYREE FORD

Case No. 2:21-CV-177-FtM-(demrm)
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Security guard IGOR KOBECK:  Risk Manager Miriana Zanon:
and
Marksman security corporation

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TYREE FORD |
| Address | 3203 Ruth Lane |
| | Lehigh Acers, Fl 33976 |
| | *City / State / Zip Code* |
| County | LEE |
| Telephone Number | (239) 286-4490 |
| E-Mail Address | tycando@yahoo.cm |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | IGOR KEBECK |
| Job or Title *(if known)* | Security Guard MARKSMAN SECURITY CORPATION |
| Address | 3230 W Commercial Blvd Suite 100, |
| | Fort Lauderdale, Fl 33309 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | ((954) 964-6704 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MIRIANA ZANON |
| Job or Title *(if known)* | RISK MANAGER MARKSMAN SECURITY CORPATION |
| Address | |
| | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: MARKSMAN SECURITY CORPORATION
- Job or Title *(if known)*:
- Address: 3230 Commercial Blvd Suite 100,
  - City: Fort Lauderdale
  - State: Fl
  - Zip Code: 33309
- County:
- Telephone Number: (954) 964 6704
- E-Mail Address *(if known)*:

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
4th Amendment and 14 Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

unknown officer #2 Violated my 4th Amendment Rights snuck up behind me put a pistol to my head and forced me down to the ground and detained me

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
FLUENT CANNBIS DISPENSARY
103 SW 3RD PL, CAPE CORAL FL 33991

B. What date and approximate time did the events giving rise to your claim(s) occur?
APRIL 5 2020 APPROXIMATE TIME 12:00 NOON

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I went to 103 SW 3RD PL, Cape Coral FL, On April 5 2020 around noon for a scheduled and verified service call through the mobile YoutherMechanic upon arrival I circled the parking lot to locate vehicle this is a non-contact service call do to covid-19 restriction key are in the car and I have my instruction. I back up beside vehicle and after a few minutes get out and approached the vehicle I immediately here footsteps behind me I turn there a pistol in my face some yelling get down I did not entered the vehicle I thought being robed I feared for my life I began yelling as loud as with gun to my head he finally let me up I began to explain I asked who are you he said security. I called the customer while talk to customer and security Cape Coral PD show almost immediately upon giving my account they start to violate my 4th and 14th Amendment right under color of law handcuffing Violence threats of jail the unknown Officers then conspirer to solicit charger of burglary and trespassing the unknow Officers: where not professional they did not ID they humiliated me called me not smart and a fool and that would teach me a lesson I was in fear for my life surround by this mob of unknown officers I have Video of the whole incident.   later it would be discover wrong vehicle information a mistake

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was recovering from car accident neck and back I was re-injured neck and back when the security guard forced me down at gun point. I have hade 8 week documented Chiropractor physical therapy I've been unable to afford psychiatric help I'm still having issue P.T.S.D. form the Attacks on me..

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $500.000 in damages the basis for this claim is the mental anguish and humiliation along with willful and egregious violation of my 4th and 14th Amendment rights..

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/9/2021

Signature of Plaintiff _____

Printed Name of Plaintiff   TYREE FORD

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

                *City*      *State*      *Zip Code*

Telephone Number _____

E-mail Address _____