UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TYREE FORD,

    Plaintiff,

v.                                    Case No:   2:21-cv-177-JLB-MRM

IGOR KOBECK, MIRIANA ZANON, and
MARKSMAN SECURITY CORPORATION,

    Defendants.

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and timely prosecute this matter.  (Doc. 13.)   No objection has been filed and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.

Recognizing that no objections have been filed, and after the Court's independent review of the record, de novo review of the legal conclusions set forth in the Report and Recommendation, the Court entirely agrees with the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation ([Doc. 13](#)) is **ADOPTED** and made part of this Order for all purposes.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to renew timely his construed motion for leave to proceed <u>in forma pauperis</u> or pay the required filing fee, for failure to state a claim on which relief could be granted, and for failure to prosecute.

3. The Clerk is **DIRECTED** to file a copy of this Order in the consolidated Case No. 2:21-cv-644, terminate any pending deadlines, and close the files.

**ORDERED** at Fort Myers, Florida, on April 12, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE